Daisye B. WOOTON et al. v. G. M. McWIL-
LIAMS, Trustee in Bankruptcy for F. T.
Newton and Mrs. Ethel Flurry Newton,
Bankrupts.

No. 13577.

United States Court of Appeals
Fifth Circuit.

June 10, 1952.

DeQuincy V. Sutton, Hattiesburg, Miss., for appellants.

T. C. Hannah, M. M. Roberts, Hattiesburg, Miss., Wm. H. Watkins, Jackson, Miss., for appellee.

Before HOLMES, BORAH, and STRUM, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.

Clarence MAHURIN, Petitioner, v. Ralph N.
EIDSON, Warden, Missouri State
Prison.

No. 14605.

United States Court of Appeals
Eighth Circuit.

May 9, 1952.

Clarence Mahurin, Pro Se.

PER CURIAM.

Petition for Writ of Error Coram Nobis denied for want of jurisdiction.

W. D. SELF, as Acting Collector of Internal
Revenue, Appellant, v. Horace
TOLBERT.

No. 14596.

United States Court of Appeals
Eighth Circuit.

May 10, 1952.

James T. Gooch, U. S. Atty., Little Rock, Ark., and R. D. Smith, Jr., Asst. U. S. Atty., Marianna, Ark., for appellant.

Catlett & Henderson, Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant and consent of appellee.